[No. 25905-2-II.  Division Two.  October 26, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. LEOPOLDO HERRERA-BEJAR, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-01118-7, Randolph Furman, J., entered April 20, 2000. *Affirmed* and *remanded* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 25929-0-II.  Division Two.  October 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LESTER T. MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-1-00023-1, William E. Howard, J., entered May 12, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 26056-5-II.  Division Two.  October 26, 2001.]

JOHN W. GURRAD, ET AL., *Appellants*, v. KLIPSUN WATERS HOMEOWNERS ASSOCIATION, INC., ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated December 14, 2001. Substitute opinion filed. See 109 Wn. App. 1045.

[No. 26145-6-II.  Division Two.  October 26, 2001.]

*In the Matter of the Marriage of* CHARLES G.V. WENTWORTH, *Appellant*, and MARY KATHERINE WENTWORTH, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-3-01108-3, D. Gary Steiner, J., entered May 31, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.